# UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE

| | |
|---|---|
| JODI M. NEWCOMB, | ) |
| | ) |
|         **Plaintiff** | ) |
|   v. | )   No. 2:11-cv-02-P-S |
| | ) |
| MICHAEL J. ASTRUE, | ) |
| COMMISSIONER OF SOCIAL | ) |
| SECURITY, | ) |
| | ) |
|         **Defendants** | ) |

## ORDER AFFIRMING THE
## RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

No objections having been filed to the Magistrate Judge's Recommended Decision (Docket No. 25) filed January 6, 2012, the Recommended Decision is **AFFIRMED**.

Accordingly, it is **ORDERED** that the Decision of the Commissioner is **AFFIRMED**.

                                                                          /s/ George Z. Singal  
                                                                     United States District Judge

Dated this 24th day of January, 2012.